KILPATRICK TOWNSEND & STOCKTON LLP
LARRY W. McFARLAND (State Bar No. 129668)
lmcfarland@ kilpatricktownsend.com
DENNIS L. WILSON (State Bar No. 155407)
DWilson@kilpatricktownsend.com
DAVID K. CAPLAN (State Bar No. 181174)
dcaplan@kilpatricktownsend.com
CHRISTOPHER T. VARAS (State Bar No. 257080)
CVaras@kilpatricktownsend.com
9720 Wilshire Blvd PH
Beverly Hills, CA  90212-2018
Telephone:   310-248-3830
Facsimile:    310-860-0363

Attorneys for Plaintiffs
SHOWTIME NETWORKS INC.,
HOME BOX OFFICE, INC.,
MAYWEATHER PROMOTIONS, LLC, and
TOP RANK, INC.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SHOWTIME NETWORKS INC., HOME BOX OFFICE, INC., MAYWEATHER PROMOTIONS, LLC, and TOP RANK, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DOE 1 d/b/a boxinghd.net, JOHN DOE 2 d/b/a sportship.org and d/b/a "Carlo Magno", and JOHN DOES 3-10 inclusive,<br><br>Defendants. | Case No. 2:15-CV-03147-GW-MRW<br><br>**SUPPLEMENTAL DECLARATION OF CHRISTOPHER T. VARAS IN SUPPORT OF *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

I, Christopher T. Varas, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declare and state as follows:

**SUPPLEMENTAL DECLARATION OF CHRISTOPHER VARAS**
**CASE NO. 2:15-CV-03147-GW-MRW** - 1 -

1. I submit this supplemental declaration in support of Plaintiffs Showtime Networks Inc., Home Box Office, Inc., Mayweather Promotions, LLC, and Top Rank, Inc.'s (collectively, "Plaintiffs") *ex parte* application for a temporary restraining order and order to show cause why a preliminary injunction should not issue.  The statements made in this declaration are based on my personal knowledge.

2. I am an attorney with the law firm of Kilpatrick Townsend & Stockton LLP, counsel for Plaintiffs in this matter.  I am over the age of eighteen and am competent to testify.  I would testify competently to the matters contained in this declaration if called upon to do so.

3. After receiving notice that this matter has been assigned to the Honorable Judge George H. Wu, I gave notice of the assignment, and of Judge Wu's requirement that oppositions to *ex parte* applications be filed and served within twenty-four hours, to the defendants by emails to the addresses analouintegral@gmail.com, dmca@gotlinks.co and A1F561CB2D5C4ED39BDC437BC057FD6A.PROTECT@WHOISGUARD.COM.  True and correct copies of the notices are attached hereto as **Exhibit G**, with internal tracking information redacted.

4. I received confirmation that the emails to analouintegral@gmail.com and A1F561CB2D5C4ED39BDC437BC057FD6A.PROTECT@WHOISGUARD.COM were successfully delivered to the email accounts associated with those addresses.

**SUPPLEMENTAL DECLARATION OF CHRISTOPHER VARAS**
**CASE NO. 2:15-CV-03147-GW-MRW** - 2 -

True and correct copies of the delivery confirmations are attached as **Exhibit H**. As of this filing I have not received any confirmation, error message or other information regarding the delivery of the email to dmca@gotlinks.co.

5. The notices attached as Exhibit D to my prior application included Plaintiffs' complaint and proposed temporary restraining order. Plaintiffs' other initiating and motion documents were provided to the defendants in emails sent by my office between 1:37 p.m. and 1:52 p.m. Pacific Time today. True and correct copies of those emails are attached as **Exhibit I**, with internal tracking information redacted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 28, 2015 at Seattle, Washington.

_____
Christopher Varas

SUPPLEMENTAL DECLARATION OF CHRISTOPHER VARAS
CASE NO. 2:15-CV-03147-GW-MRW

- 3 -

# EXHIBIT G

Case 2:15-cv-03147-GW-MRW   Document 13   Filed 04/28/15   Page 5 of 20   Page ID #:311

**Varas, Christopher**

| | |
|---|---|
| **From:** | Varas, Christopher |
| **Sent:** | Tuesday, April 28, 2015 2:14 PM |
| **To:** | 'A1F561CB2D5C4ED39BDC437BC057FD6A.PROTECT@WHOISGUARD.COM' |
| **Subject:** | Follow-Up Re:  Notice of Ex Parte Application for Restraining Order:  Showtime Networks Inc. et al. v. Does |
| **Importance:** | High |

Dear Sir or Madam:

Further to the notice below and emails you have received from my office attaching copies of documents that the plaintiffs filed today, the Action (as defined below) has been assigned to the Honorable George H. Wu.  Judge Wu's courtroom is located at 312 North Spring Street, Los Angeles, CA 90012-4701, Courtroom No. 10.

Please note that any opposition to the plaintiffs' ex parte application must be filed and served **no later than twenty-four hours after the filing of the application**.  More information regarding Judge Wu's procedures can be found at the following page:  http://court.cacd.uscourts.gov/CACD/JudgeReq.nsf/2fb080863c88ab47882567c9007fa070/38a07d8f388ac73d882579f5006b0829?OpenDocument.

Sincerely,
Christopher Varas

**Christopher Varas**
**Kilpatrick Townsend & Stockton LLP**
Suite 4400 | 1420 Fifth Avenue | Seattle, WA  98101
office 206 516 3088  | fax 206 623 6793
cvaras@kilpatricktownsend.com  |  My Profile  |  vCard

---

**From:** Varas, Christopher
**Sent:** Tuesday, April 28, 2015 11:12 AM
**To:** 'A1F561CB2D5C4ED39BDC437BC057FD6A.PROTECT@WHOISGUARD.COM'
**Subject:** Notice of Ex Parte Application for Restraining Order: Showtime Networks Inc. et al. v. Does
**Importance:** High

Dear Sir or Madam:

You have been named as a defendant in the matter of *Showtime Networks Inc., Home Box Office, Inc., Mayweather Promotions, LLC and Top Rank, Inc. v. John Doe 1 d/b/a boxinghd.net, John Doe 2 d/b/a sportship.org and d/b/a "Carlo Magno", and John Does 3-10 inclusive* in the United States District Court for the Central District of California, Case No. 2:15-cv-03147 (the "Action").  A copy of the Complaint in the Action is attached for your reference.

1

EXHIBITS Page 5

This serves as notice that Plaintiffs will be filing <u>today</u> an ***ex parte* application** with the Court seeking that the Court enter the proposed TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE attached hereto.

You will be served by electronic mail with a copy of Plaintiffs' moving papers once they have been filed.

Sincerely,
Christopher Varas



**Christopher Varas**
**Kilpatrick Townsend & Stockton LLP**
Suite 4400 | 1420 Fifth Avenue | Seattle, WA  98101
office 206 516 3088  | fax 206 623 6793
cvaras@kilpatricktownsend.com | My Profile | vCard

2

# Varas, Christopher

| | |
|---|---|
| **From:** | Varas, Christopher |
| **Sent:** | Tuesday, April 28, 2015 2:15 PM |
| **To:** | 'analouintegral@gmail.com' |
| **Subject:** | Follow-Up Re: Notice of Ex Parte Application for Restraining Order: Showtime Networks Inc. et al. v. Does |
| **Importance:** | High |

Dear Sir or Madam:

Further to the notice below and emails you have received from my office attaching copies of documents that the plaintiffs filed today, the Action (as defined below) has been assigned to the Honorable George H. Wu.  Judge Wu's courtroom is located at 312 North Spring Street, Los Angeles, CA 90012-4701, Courtroom No. 10.

Please note that any opposition to the plaintiffs' ex parte application must be filed and served **no later than twenty-four hours after the filing of the application**.  More information regarding Judge Wu's procedures can be found at the following page:  http://court.cacd.uscourts.gov/CACD/JudgeReq.nsf/2fb080863c88ab47882567c9007fa070/38a07d8f388ac73d882579f5006b0829?OpenDocument.

Sincerely,
Christopher Varas

**Christopher Varas**
**Kilpatrick Townsend & Stockton LLP**
Suite 4400 | 1420 Fifth Avenue | Seattle, WA  98101
office 206 516 3088  | fax 206 623 6793
cvaras@kilpatricktownsend.com | My Profile | vCard

---

**From:** Varas, Christopher
**Sent:** Tuesday, April 28, 2015 11:14 AM
**To:** 'analouintegral@gmail.com'
**Subject:** Notice of Ex Parte Application for Restraining Order: Showtime Networks Inc. et al. v. Does
**Importance:** High

Dear Sir or Madam:

You have been named as a defendant in the matter of *Showtime Networks Inc., Home Box Office, Inc., Mayweather Promotions, LLC and Top Rank, Inc. v. John Doe 1 d/b/a boxinghd.net, John Doe 2 d/b/a sportship.org and d/b/a "Carlo Magno", and John Does 3-10 inclusive* in the United States District Court for the Central District of California, Case No. 2:15-cv-03147 (the "Action").  A copy of the Complaint in the Action is attached for your reference.

1

This serves as notice that Plaintiffs will be filing today an *ex parte* application with the Court seeking that the Court enter the proposed TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE attached hereto.

You will be served by electronic mail with a copy of Plaintiffs' moving papers once they have been filed.

Sincerely,
Christopher Varas



**Christopher Varas**
**Kilpatrick Townsend & Stockton LLP**
Suite 4400 | 1420 Fifth Avenue | Seattle, WA  98101
office 206 516 3088  | fax 206 623 6793
cvaras@kilpatricktownsend.com | My Profile | vCard

**Varas, Christopher**

| | |
|---|---|
| **From:** | Varas, Christopher |
| **Sent:** | Tuesday, April 28, 2015 2:15 PM |
| **To:** | 'dmca@gotlinks.co' |
| **Subject:** | Follow-Up Re: Notice of Ex Parte Application for Restraining Order:  Showtime Networks Inc. et al. v. Does |
| **Importance:** | High |

Dear Sir or Madam:

Further to the notice below and emails you have received from my office attaching copies of documents that the plaintiffs filed today, the Action (as defined below) has been assigned to the Honorable George H. Wu.  Judge Wu's courtroom is located at 312 North Spring Street, Los Angeles, CA 90012-4701, Courtroom No. 10.

Please note that any opposition to the plaintiffs' ex parte application must be filed and served **no later than twenty-four hours after the filing of the application**.  More information regarding Judge Wu's procedures can be found at the following page:  http://court.cacd.uscourts.gov/CACD/JudgeReq.nsf/2fb080863c88ab47882567c9007fa070/38a07d8f388ac73d882579f5006b0829?OpenDocument.

Sincerely,
Christopher Varas

**Christopher Varas**
**Kilpatrick Townsend & Stockton LLP**
Suite 4400 | 1420 Fifth Avenue | Seattle, WA  98101
office 206 516 3088  | fax 206 623 6793
cvaras@kilpatricktownsend.com | My Profile | vCard

---

**From:** Varas, Christopher
**Sent:** Tuesday, April 28, 2015 11:17 AM
**To:** 'dmca@gotlinks.co'
**Subject:** Notice of Ex Parte Application for Restraining Order: Showtime Networks Inc. et al. v. Does
**Importance:** High

To:  John Doe d/b/a sportship.org
c/o:  dmca@gotlinks.co

Dear Sir or Madam:

You (John Doe d/b/a sportship.org) have been named as a defendant in the matter of *Showtime Networks Inc., Home Box Office, Inc., Mayweather Promotions, LLC and Top Rank, Inc. v. John Doe 1 d/b/a boxinghd.net, John Doe 2 d/b/a*

1

*sportship.org and d/b/a "Carlo Magno", and John Does 3-10 inclusive* in the United States District Court for the Central District of California, Case No. 2:15-cv-03147 (the "Action").  A copy of the Complaint in the Action is attached for your reference.

This serves as notice that Plaintiffs will be filing today an ***ex parte application*** with the Court seeking that the Court enter the proposed TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE attached hereto.

You will be served by electronic mail with a copy of Plaintiffs' moving papers once they have been filed.

Sincerely,
Christopher Varas



**Christopher Varas**
**Kilpatrick Townsend & Stockton LLP**
Suite 4400 | 1420 Fifth Avenue | Seattle, WA  98101
office 206 516 3088  | fax 206 623 6793
cvaras@kilpatricktownsend.com | My Profile | vCard

2

# EXHIBIT H

# Varas, Christopher

| | |
|---|---|
| **From:** | Microsoft Outlook <MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@ktslaw.onmicrosoft.com> |
| **To:** | A1F561CB2D5C4ED39BDC437BC057FD6A.PROTECT@WHOISGUARD.COM |
| **Sent:** | Tuesday, April 28, 2015 2:14 PM |
| **Subject:** | Relayed: Follow-Up Re: Notice of Ex Parte Application for Restraining Order: Showtime Networks Inc. et al. v. Does |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

A1F561CB2D5C4ED39BDC437BC057FD6A.PROTECT@WHOISGUARD.COM

Subject: Follow-Up Re: Notice of Ex Parte Application for Restraining Order: Showtime Networks Inc. et al. v. Does

1

**Varas, Christopher**

| | |
|---|---|
| **From:** | Microsoft Outlook <MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@ktslaw.onmicrosoft.com> |
| **To:** | analouintegral@gmail.com |
| **Sent:** | Tuesday, April 28, 2015 2:14 PM |
| **Subject:** | Relayed: Follow-Up Re: Notice of Ex Parte Application for Restraining Order: Showtime Networks Inc. et al. v. Does |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

analouintegral@gmail.com

Subject: Follow-Up Re: Notice of Ex Parte Application for Restraining Order: Showtime Networks Inc. et al. v. Does

1

# EXHIBIT I

**Cloutier, Patricia**

| | |
|---|---|
| From: | Cloutier, Patricia |
| Sent: | Tuesday, April 28, 2015 1:38 PM |
| To: | 'A1F561CB2D5C4ED39BDC437BC057FD6A.PROTECT@WHOISGUARD.COM' |
| Cc: | Wilson, Dennis |
| Subject: | SHOWTIME NETWORKS INC., et al. vs. JOHN DOE 1 d/b/a boxinghd.net, et al. - CONFORMED COPIES |
| Attachments: | SHOWTIME v JOHN DOES - Complaint and Exhibits.pdf; SHOWTIME v JOHN DOES - Summons (Request to Issue).pdf; SHOWTIME v JOHN DOES - Civil Cover Sheet.pdf; SHOWTIME v JOHN DOES - NTC OF INT PARTIES as to HBO.pdf; SHOWTIME v JOHN DOES - NTC OF INT PARTIES as to MAYWEATHER PROMO.pdf; SHOWTIME v JOHN DOES - NTC OF INT PARTIES as to SHOWTIME.pdf; SHOWTIME v JOHN DOES - NTC OF INT PARTIES as to TOP RANK.pdf; SHOWTIME v JOHN DOES - Report On Filing An Action Re Copyright.pdf |

Attached hereto please find conformed copies of the following documents filed today in the United States District Court for the Central District of California:

- Complaint and Exhibits
- Civil Cover Sheet
- Summons (Request to Issue)
- Notice of Interested Parties for:
    - Showtime Networks Inc.
    - Home Box Office, Inc.
    - Mayweather Promotions, LLC
    - Top Rank, Inc.
- Report on the Filing of An Action Re: Copyright

Thank you.

**Patricia Cloutier**
Legal Secretary
Kilpatrick Townsend & Stockton LLP
9720 Wilshire Blvd PH | Beverly Hills, CA  90212-2018
office 310 777 3752  | fax 310-860-0363
pcloutier@kilpatricktownsend.com | www.kilpatricktownsend.com | vCard

## Cloutier, Patricia

| | |
|---|---|
| From: | Cloutier, Patricia |
| Sent: | Tuesday, April 28, 2015 1:40 PM |
| To: | 'analouintegral@gmail.com' |
| Cc: | Wilson, Dennis |
| Subject: | SHOWTIME NETWORKS INC., et al. vs. JOHN DOE 1 d/b/a boxinghd.net, et al. - CONFORMED COPIES |
| Attachments: | SHOWTIME v JOHN DOES - Complaint and Exhibits.pdf; SHOWTIME v JOHN DOES - Summons (Request to Issue).pdf; SHOWTIME v JOHN DOES - Civil Cover Sheet.pdf; SHOWTIME v JOHN DOES - NTC OF INT PARTIES as to HBO.pdf; SHOWTIME v JOHN DOES - NTC OF INT PARTIES as to MAYWEATHER PROMO.pdf; SHOWTIME v JOHN DOES - NTC OF INT PARTIES as to SHOWTIME.pdf; SHOWTIME v JOHN DOES - NTC OF INT PARTIES as to TOP RANK.pdf; SHOWTIME v JOHN DOES - Report On Filing An Action Re Copyright.pdf |

Attached hereto please find conformed copies of the following documents filed today in the United States District Court for the Central District of California:

- Complaint and Exhibits
- Civil Cover Sheet
- Summons (Request to Issue)
- Notice of Interested Parties for:
    - Showtime Networks Inc.
    - Home Box Office, Inc.
    - Mayweather Promotions, LLC
    - Top Rank, Inc.
- Report on the Filing of An Action Re: Copyright

Thank you.

**Patricia Cloutier**
Legal Secretary
Kilpatrick Townsend & Stockton LLP
9720 Wilshire Blvd PH | Beverly Hills, CA 90212-2018
office 310 777 3752 | fax 310-860-0363
pcloutier@kilpatricktownsend.com | www.kilpatricktownsend.com | vCard

## Cloutier, Patricia

| | |
|---|---|
| From: | Cloutier, Patricia |
| Sent: | Tuesday, April 28, 2015 1:42 PM |
| To: | 'dmca@gotlinks.co' |
| Cc: | Wilson, Dennis |
| Subject: | SHOWTIME NETWORKS INC., et al. vs. JOHN DOE 1 d/b/a boxinghd.net, et al. - CONFORMED COPIES |
| Attachments: | SHOWTIME v JOHN DOES - Complaint and Exhibits.pdf; SHOWTIME v JOHN DOES - Summons (Request to Issue).pdf; SHOWTIME v JOHN DOES - Civil Cover Sheet.pdf; SHOWTIME v JOHN DOES - NTC OF INT PARTIES as to HBO.pdf; SHOWTIME v JOHN DOES - NTC OF INT PARTIES as to MAYWEATHER PROMO.pdf; SHOWTIME v JOHN DOES - NTC OF INT PARTIES as to SHOWTIME.pdf; SHOWTIME v JOHN DOES - NTC OF INT PARTIES as to TOP RANK.pdf; SHOWTIME v JOHN DOES - Report On Filing An Action Re Copyright.pdf |

To: John Doe d/b/a sportship.org
c/o dmca@gotlinks.co

Attached hereto please find conformed copies of the following documents filed today in the United States District Court for the Central District of California:

- Complaint and Exhibits
- Civil Cover Sheet
- Summons (Request to Issue)
- Notice of Interested Parties for:
  - Showtime Networks Inc.
  - Home Box Office, Inc.
  - Mayweather Promotions, LLC
  - Top Rank, Inc.
- Report on the Filing of An Action Re: Copyright

Thank you.

**Patricia Cloutier**
Legal Secretary
Kilpatrick Townsend & Stockton LLP
9720 Wilshire Blvd PH | Beverly Hills, CA 90212-2018
office 310 777 3752 | fax 310-860-0363
pcloutier@kilpatricktownsend.com | www.kilpatricktownsend.com | vCard

1

## Cloutier, Patricia

| | |
|---|---|
| From: | Cloutier, Patricia |
| Sent: | Tuesday, April 28, 2015 1:49 PM |
| To: | 'A1F561CB2D5C4ED39BDC437BC057FD6A.PROTECT@WHOISGUARD.COM' |
| Cc: | Wilson, Dennis |
| Subject: | SHOWTIME NETWORKS INC., et al. vs. JOHN DOE 1 d/b/a boxinghd.net, et al. - SERVICE COPIES |
| Attachments: | SHOWTIME v JOHN DOES - EX PARTE APPLICATION.pdf; SHOWTIME v JOHN DOES - MEMORANDUM ISO EX PARTE APP.pdf; SHOWTIME v JOHN DOE - C VARAS Decl ISO TRO.pdf; SHOWTIME v JOHN DOES - BRASICH Decl ISO TRO.pdf; SHOWTIME v JOHN DOE - S ESPINOZA Decl ISO TRO.pdf; SHOWTIME v JOHN DOES - PROPOSED T R O.pdf |

Attached hereto are service copies of the following:

- ☐ Ex Parte Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue;
- ☐ Memorandum of Points and Authorities in Support of Ex Parte Application;
- ☐ Declaration of Chris Varas in Support of Ex Parte Application;
- ☐ Declaration of Robert Brasich in Support of Ex Parte Application;
- ☐ Declaration of Stephen Espinoza in Support of Ex Parte Application; and
- ☐ Proposed Temporary Restraining Order and Order to Show Cause Why A Preliminary Injunction Should Not Issue.

Thank you.

**Patricia Cloutier**
Legal Secretary
Kilpatrick Townsend & Stockton LLP
9720 Wilshire Blvd PH | Beverly Hills, CA 90212-2018
office 310 777 3752 | fax 310-860-0363
pcloutier@kilpatricktownsend.com | www.kilpatricktownsend.com | vCard

# Cloutier, Patricia

| | |
|---|---|
| **From:** | Cloutier, Patricia |
| **Sent:** | Tuesday, April 28, 2015 1:50 PM |
| **To:** | 'analouintegral@gmail.com' |
| **Cc:** | Wilson, Dennis |
| **Subject:** | SHOWTIME NETWORKS INC., et al. vs. JOHN DOE 1 d/b/a boxinghd.net, et al. - SERVICE COPIES |
| **Attachments:** | SHOWTIME v JOHN DOES - EX PARTE APPLICATION.pdf; SHOWTIME v JOHN DOES - MEMORANDUM ISO EX PARTE APP.pdf; SHOWTIME v JOHN DOE - C VARAS Decl ISO TRO.pdf; SHOWTIME v JOHN DOES - BRASICH Decl ISO TRO.pdf; SHOWTIME v JOHN DOE - S ESPINOZA Decl ISO TRO.pdf; SHOWTIME v JOHN DOES - PROPOSED T R O.pdf |

Attached hereto are service copies of the following:

- ☐ Ex Parte Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue;
- ☐ Memorandum of Points and Authorities in Support of Ex Parte Application;
- ☐ Declaration of Chris Varas in Support of Ex Parte Application;
- ☐ Declaration of Robert Brasich in Support of Ex Parte Application;
- ☐ Declaration of Stephen Espinoza in Support of Ex Parte Application; and
- ☐ Proposed Temporary Restraining Order and Order to Show Cause Why A Preliminary Injunction Should Not Issue.

Thank you.

**Patricia Cloutier**
Legal Secretary
**Kilpatrick Townsend & Stockton LLP**
9720 Wilshire Blvd PH | Beverly Hills, CA 90212-2018
office 310 777 3752 | fax 310-860-0363
pcloutier@kilpatricktownsend.com | www.kilpatricktownsend.com | vCard

1

# Cloutier, Patricia

| | |
|---|---|
| From: | Cloutier, Patricia |
| Sent: | Tuesday, April 28, 2015 1:52 PM |
| To: | 'dmca@gotlinks.co' |
| Cc: | Wilson, Dennis |
| Subject: | FW: SHOWTIME NETWORKS INC., et al. vs. JOHN DOE 1 d/b/a boxinghd.net, et al. - SERVICE COPIES |
| Attachments: | SHOWTIME v JOHN DOES - EX PARTE APPLICATION.pdf; SHOWTIME v JOHN DOES - MEMORANDUM ISO EX PARTE APP.pdf; SHOWTIME v JOHN DOE - C VARAS Decl ISO TRO.pdf; SHOWTIME v JOHN DOES - BRASICH Decl ISO TRO.pdf; SHOWTIME v JOHN DOE - S ESPINOZA Decl ISO TRO.pdf; SHOWTIME v JOHN DOES - PROPOSED T R O.pdf |

To:    John Doe d/b/a sportship.org
       c/o dmca@gotlinks.co

Attached hereto are service copies of the following:

- ☐ Ex Parte Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue;
- ☐ Memorandum of Points and Authorities in Support of Ex Parte Application;
- ☐ Declaration of Chris Varas in Support of Ex Parte Application;
- ☐ Declaration of Robert Brasich in Support of Ex Parte Application;
- ☐ Declaration of Stephen Espinoza in Support of Ex Parte Application; and
- ☐ Proposed Temporary Restraining Order and Order to Show Cause Why A Preliminary Injunction Should Not Issue.

Thank you.

**Patricia Cloutier**
Legal Secretary
Kilpatrick Townsend & Stockton LLP
9720 Wilshire Blvd PH | Beverly Hills, CA  90212-2018
office 310 777 3752  | fax 310-860-0363
pcloutier@kilpatricktownsend.com | www.kilpatricktownsend.com | vCard

1