KILPATRICK TOWNSEND & STOCKTON LLP
LARRY W. McFARLAND (State Bar No. 129668)
lmcfarland@ kilpatricktownsend.com
DENNIS L. WILSON (State Bar No. 155407)
DWilson@kilpatricktownsend.com
DAVID K. CAPLAN (State Bar No. 181174)
dcaplan@kilpatricktownsend.com
CHRISTOPHER T. VARAS (State Bar No. 257080)
CVaras@kilpatricktownsend.com
9720 Wilshire Blvd PH
Beverly Hills, CA  90212-2018
Telephone:   310-248-3830
Facsimile:    310-860-0363

Attorneys for Plaintiffs
SHOWTIME NETWORKS INC.,
HOME BOX OFFICE, INC.,
MAYWEATHER PROMOTIONS, LLC, and
TOP RANK, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

|  |  |
|---|---|
| SHOWTIME NETWORKS INC., HOME BOX OFFICE, INC., MAYWEATHER PROMOTIONS, LLC, and TOP RANK, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN DOE 1 d/b/a boxinghd.net, JOHN DOE 2 d/b/a sportship.org and d/b/a "Carlo Magno", and JOHN DOES 3-10 inclusive, <br><br> Defendants. | Case No. 2:15-CV-03147-GW-MRW <br><br> **DECLARATION OF CHRISTOPHER T. VARAS REGARDING SERVICE OF EX PARTE APPLICATION** |

I, Christopher T. Varas, under penalty of perjury and pursuant to 28 U.S.C. §

1746, declare and state as follows:

1     1.     I submit this declaration in support of Plaintiffs Showtime Networks

2   Inc., Home Box Office, Inc., Mayweather Promotions, LLC, and Top Rank, Inc.'s

3

4   (collectively, "Plaintiffs") *ex parte* application for a temporary restraining order and

5   order to show cause why a preliminary injunction should not issue.  The statements

6

7   made in this declaration are based on my personal knowledge.

8     2.     I am an attorney with the law firm of Kilpatrick Townsend & Stockton

9   LLP, counsel for Plaintiffs in this matter.  I am over the age of eighteen and am

10

11   competent to testify.  I would testify competently to the matters contained in this

12   declaration if called upon to do so.

13     3.     As set forth in further detail below and in the attached exhibits,

14

15   Hostwinds, LLC, Enom Inc. and Namecheap.com, Inc. all received notice of

16   Plaintiffs' *ex parte* application on April 29, 2015.  I received automated

17   confirmations that the notices were delivered to all three service providers.  I have

18

19   also had further direct email communications with Hostwinds, LLC and Enom Inc.,

20   which are discussed below and attached to this declaration.  As of this filing, none of

21   these service providers has informed me that they oppose or wish to be heard on

22

23   Plaintiffs' *ex parte* application.

24     4.     I provided notice of Plaintiffs' *ex parte* application and copies of

25   Plaintiffs' complaint and moving papers to Hostwinds LLC by email at 3:47 p.m.

26

27   Pacific Time on April 29, 2015.  True and correct copies of the transmittal email, an

28

**DECLARATION OF CHRISTOPHER VARAS**
**CASE NO. 2:15-CV-03147-GW-MRW**                                    - 2 -

acknowledgment of receipt from sales@hostwinds.com and the email delivery confirmations are attached as **Exhibit L**.

5.     I received an email response to the notice from "Michael Brower" at the email address michaelb@hostwinds.net at 4:01 p.m. Pacific Time on April 29, 2015. Mr. Brower and I exchanged emails in which Mr. Brower confirmed that the Internet Protocol address ("IP Address") Plaintiffs have identified as the IP Address for the <sportship.org> website is hosted on a server controlled by Hostwinds, but stated that <sportship.org> "is not presently on this server."  A true and correct copy of the email thread between myself and Mr. Brower is attached as **Exhibit M**.

6.     I am informed and believe that Mr. Brower's statements are consistent with Plaintiffs' observations in their April 29, 2015 Status Update to the Court reporting that the operator(s) of <sportship.org> appear to have begun "taking down" the site after receiving notice of Plaintiffs' lawsuit and *ex parte* application.

7.     I am also informed and believe that Defendants could, in a matter of hours or less, "reactivate" the site on the Hostwinds server or a server operated by a different service provider that would be unknown until the site reappeared.

8.     Hostwinds LLC has not advised me that it opposes or wishes to be heard on Plaintiffs' *ex parte* application.

9.     I provided notice of Plaintiffs' *ex parte* application and copies of Plaintiffs' complaint and moving papers to Enom Inc. by email between 3:57 p.m.

**DECLARATION OF CHRISTOPHER VARAS**
**CASE NO. 2:15-CV-03147-GW-MRW**                                          - 3 -

and 4:01 p.m. Pacific Time on April 29, 2015.  True and correct copies of the transmittal emails and email delivery confirmations are attached as **Exhibit N**.

10.    I received a response from the email address copyright@enom.com at 7:42 a.m. Pacific Time on April 30, 2015 acknowledging receipt of the notice and requesting that the complaint and moving papers be resubmitted.  I retransmitted the documents in emails sent between 8:07 a.m. and 8:15 a.m. Pacific Time on April 30, 2015.  I received email confirmation from copyright@enom.com that the documents had been received.  A true and correct copy of the thread containing the emails I received from copyright@enom.com, including the email confirming Enom's receipt of Plaintiffs' complaint and moving papers, are attached as **Exhibit O**.

11.    Enom Inc. has not advised me that it opposes or wishes to be heard on Plaintiffs' *ex parte* application

12.    I provided notice of Plaintiffs' *ex parte* application and copies of Plaintiffs' complaint and moving papers to Namecheap.com, Inc. by email between 4:04 p.m. and 4:06 p.m. Pacific Time on April 29, 2015.  True and correct copies of the transmittal emails, email delivery confirmations, an acknowledgment of receipt from support@namecheap.com are attached as **Exhibit P**.

//

//

//

//

**DECLARATION OF CHRISTOPHER VARAS**
**CASE NO. 2:15-CV-03147-GW-MRW**                                          - 4 -

1

2

3

     13.    As of this filing I have not received any further response from

Namecheap.com, Inc.

     I declare under penalty of perjury under the laws of the United States of

America that the foregoing is true and correct.

Executed on April 30, 2015 at Seattle, Washington.


                           /s/ Christopher T. Varas

                             Christopher T. Varas

# EXHIBIT L

**Varas, Christopher**

| | |
|---|---|
| **From:** | Varas, Christopher |
| **Sent:** | Wednesday, April 29, 2015 3:47 PM |
| **To:** | 'sales@hostwinds.com'; 'support@hostwinds.com'; 'abuse@hostwinds.com'; 'legal@hostwinds.com'; 'DOMAINADMIN@HOSTWINDS.COM' |
| **Cc:** | Cloutier, Patricia; Caplan, David; Wilson, Dennis |
| **Subject:** | Notice of Ex Parte Application - SHOWTIME NETWORKS INC., et al. vs. JOHN DOE 1 d/b/a boxinghd.net, et al. |
| **Attachments:** | SHOWTIME v JOHN DOES - PLEADINGS.zip |
| | |
| **Importance:** | High |

Dear Sir or Madam:

This Firm represents the plaintiffs in *Showtime Networks Inc., Home Box Office, Inc., Mayweather Promotions, LLC and Top Rank, Inc. v. John Doe 1 d/b/a* boxinghd.net, *John Doe 2 d/b/a* sportship.org *and d/b/a "Carlo Magno", and John Does 3-10 inclusive* in the United States District Court for the Central District of California, Case No. 2:15-cv-03147-GW-MRW (the "Action").

Plaintiffs in the Action have filed an ***ex parte* application for a temporary restraining order** against the defendants in the case. You are receiving this notice because the requested restraining order would impose certain obligations on Hostwinds, LLC, though Hostwinds, LLC is **not a defendant in the Action**. Copies of the complaint and Plaintiffs' moving papers, including the proposed temporary restraining order, are attached hereto for your reference.

The Action has been assigned to the Honorable George H. Wu. Judge Wu's courtroom is located at 312 North Spring Street, Los Angeles, CA 90012-4701, Courtroom No. 10. His courtroom deputy is Javier Gonzalez, whose phone number is 213-894-0191.

Judge Wu intends to hold a **telephonic hearing with respect to the application on Thursday, April 30, 2015 at 12:00 p.m. Pacific Time**. If you object or wish to be heard, please advise me by email to cvaras@kilpatricktownsend.com or call me at 206-516-3088 before that time. You may also contact Mr. Gonzalez at the phone number above to advise the Court that you would like to be heard before the Court rules on Plaintiffs' application.

Additional information regarding Judge Wu's procedures can be found at the following web page: http://court.cacd.uscourts.gov/CACD/JudgeReq.nsf/2fb080863c88ab47882567c9007fa070/38a07d8f388ac73d882579f5006b0829?OpenDocument.

Sincerely,

*/s/ Christopher T. Varas*

Christopher T. Varas
**Kilpatrick Townsend & Stockton LLP**

**Christopher Varas**
**Kilpatrick Townsend & Stockton LLP**
Suite 4400 | 1420 Fifth Avenue | Seattle, WA  98101

EXHIBITS Page 7

office 206 516 3088  | fax 206 623 6793
cvaras@kilpatricktownsend.com | My Profile | vCard

2

**Varas, Christopher**

| | |
|---|---|
| **From:** | Hostwinds Sales <sales@hostwinds.com> |
| **Sent:** | Wednesday, April 29, 2015 3:50 PM |
| **To:** | Varas, Christopher |
| **Subject:** | [Ticket ID: 653143] Notice of Ex Parte Application - SHOWTIME NETWORKS INC., et al. vs. JOHN DOE 1 d/b/a boxinghd.net, et al. |

Hostwinds <https://www.hostwinds.com>
We care about our clients

Varas, Christopher,

Thank you for contacting our support team. A support ticket has now been opened for your request. You will be notified when a response is made by email. The details of your ticket are shown below.

Subject: Notice of Ex Parte Application - SHOWTIME NETWORKS INC., et al. vs. JOHN DOE 1 d/b/a boxinghd.net, et al.
Priority: Medium
Status: Open

You can view the ticket at any time at https://clients.hostwinds.com/viewticket.php?tid=653143&c=3ronBlJy

Hostwinds.com

Hostwinds.com <https://www.hostwinds.com>  -  Open a Ticket Now <https://clients.hostwinds.com/submitticket.php>

Copyright © 2015 Hostwinds LLC. All rights reserved

1

**Varas, Christopher**

| | |
|---|---|
| **From:** | Microsoft Outlook <MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@ktslaw.onmicrosoft.com> |
| **To:** | sales@hostwinds.com; support@hostwinds.com; abuse@hostwinds.com; legal@hostwinds.com; DOMAINADMIN@HOSTWINDS.COM |
| **Sent:** | Wednesday, April 29, 2015 3:50 PM |
| **Subject:** | Relayed: Notice of Ex Parte Application - SHOWTIME NETWORKS INC., et al. vs. JOHN DOE 1 d/b/a boxinghd.net, et al. |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

sales@hostwinds.com

support@hostwinds.com

abuse@hostwinds.com

legal@hostwinds.com

DOMAINADMIN@HOSTWINDS.COM

Subject: Notice of Ex Parte Application - SHOWTIME NETWORKS INC., et al. vs. JOHN DOE 1 d/b/a boxinghd.net, et al.

1

# EXHIBIT M

**Varas, Christopher**

| | |
|---|---|
| **From:** | Michael Brower <michaelb@hostwinds.net> |
| **Sent:** | Thursday, April 30, 2015 7:37 AM |
| **To:** | Varas, Christopher |
| **Subject:** | Re: Notice of Ex Parte Application - SHOWTIME NETWORKS INC., et al. vs. JOHN DOE 1 d/b/a boxinghd.net, et al. |

I am showing that the domain is presently not being hosted anywhere, the nameservers are pointing to example.com and there is presently not an A record set-
http://www.awesomescreenshot.com/image/164938/c365e959dce101d0348e946c4e4401e5

The IP you have retrieved above, is from one of our Shared servers, however the domain sportship.org is not presently on this server.


--
Michael Brower
Chief Operating Officer
MichaelB@Hostwinds.net
Skype: Hostwinds.MichaelB
918-574-6008 x900

On Wed, Apr 29, 2015 at 7:04 PM, Varas, Christopher <CVaras@kilpatricktownsend.com> wrote:

Mr. Brower, thank you for your response.  Hostwinds is identified as the owner of the IP address where <sportship.org> is hosted.  A screen capture of a portion of the Domaintools.com record for <sportship.org> is below for your reference.  If Hostwinds is not the host, please confirm the identity of the actual host.  I am available to discuss this evening or tomorrow morning.  Thanks.

## — Whois & Quick Stats

| | |
|---|---|
| Email | analouintegral@gmail.com is associated with ~3 domains |
| Dates | Created on 2013-12-02 - Expires on 2015-12-02 - Updated on 2015-04-29 |
| IP Address | 23.254.138.203 - 201 other sites hosted on this server |
| IP Location | 🇺🇸 - Oklahoma - Tulsa - Hostwinds Llc. |
| ASN | 🇺🇸 AS54290 HOSTWINDS - Hostwinds LLC. (registered Dec 05, 2011) |
| Domain Status | Registered And Active Website |
| Whois History | 31 records have been archived since 2012-06-13    Whois History |
| IP History | 14 changes on 8 unique IP addresses over 3 years |
| Hosting History | 9 changes on 6 unique name servers over 9 years |
| Whois Server | whois.pir.org |

Sincerely,

Chris Varas

**Christopher Varas**
**Kilpatrick Townsend & Stockton LLP**
Suite 4400 | 1420 Fifth Avenue | Seattle, WA  98101
office 206 516 3088 | fax 206 623 6793
cvaras@kilpatricktownsend.com | My Profile | vCard

**From:** Michael Brower [mailto:michaelb@hostwinds.net]
**Sent:** Wednesday, April 29, 2015 4:01 PM
**To:** Varas, Christopher
**Subject:** Re: Notice of Ex Parte Application - SHOWTIME NETWORKS INC., et al. vs. JOHN DOE 1 d/b/a boxinghd.net, et al.

Neither of the domains

boxinghd.net

sportship.org

Are hosted with Hostwinds, if you require for us to take any further action, please let us know.

2

--

Michael Brower

Chief Operating Officer

MichaelB@Hostwinds.net

Skype: Hostwinds.MichaelB

918-574-6008 x900

On Wed, Apr 29, 2015 at 5:46 PM, Varas, Christopher <CVaras@kilpatricktownsend.com> wrote:

Dear Sir or Madam:

This Firm represents the plaintiffs in *Showtime Networks Inc., Home Box Office, Inc., Mayweather Promotions, LLC and Top Rank, Inc. v. John Doe 1 d/b/a* boxinghd.net*, John Doe 2 d/b/a* sportship.org *and d/b/a "Carlo Magno", and John Does 3-10 inclusive* in the United States District Court for the Central District of California, Case No. 2:15-cv-03147-GW-MRW (the "Action").

Plaintiffs in the Action have filed an ***ex parte* application for a temporary restraining order** against the defendants in the case.  You are receiving this notice because the requested restraining order would impose certain obligations on Hostwinds, LLC, though Hostwinds, LLC is **not a defendant in the Action**.  Copies of the complaint and Plaintiffs' moving papers, including the proposed temporary restraining order, are attached hereto for your reference.

The Action has been assigned to the Honorable George H. Wu.  Judge Wu's courtroom is located at 312 North Spring Street, Los Angeles, CA 90012-4701, Courtroom No. 10.  His courtroom deputy is Javier Gonzalez, whose phone number is 213-894-0191.

Judge Wu intends to hold a **telephonic hearing with respect to the application on Thursday, April 30, 2015 at 12:00 p.m. Pacific Time**.  If you object or wish to be heard, please advise me by email to cvaras@kilpatricktownsend.com or call me at 206-516-3088 before that time.  You may also contact Mr. Gonzalez at the phone number above to advise the Court that you would like to be heard before the Court rules on Plaintiffs' application.

Additional information regarding Judge Wu's procedures can be found at the following web page:  http://court.cacd.uscourts.gov/CACD/JudgeReq.nsf/2fb080863c88ab47882567c9007fa070/38a07d8f388ac73d882579f5006b0829?OpenDocument.

Sincerely,

*/s/ Christopher T. Varas*

Christopher T. Varas

**Kilpatrick Townsend & Stockton LLP**

**Christopher Varas**
**Kilpatrick Townsend & Stockton LLP**
Suite 4400 | 1420 Fifth Avenue | Seattle, WA  98101
office 206 516 3088  | fax 206 623 6793
cvaras@kilpatricktownsend.com | My Profile | vCard

---

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.

---

***DISCLAIMER*** Per Treasury Department Circular 230: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

# EXHIBIT N

## Varas, Christopher

| | |
|---|---|
| **From:** | Varas, Christopher |
| **Sent:** | Wednesday, April 29, 2015 3:57 PM |
| **To:** | 'legal@enom.com'; 'copyright@enom.com' |
| **Cc:** | Cloutier, Patricia; Wilson, Dennis; Caplan, David |
| **Subject:** | Notice of Ex Parte Application - SHOWTIME NETWORKS INC., et al. vs. JOHN DOE 1 d/b/a boxinghd.net, et al. / EMAIL 1 OF 2 |
| **Attachments:** | SHOWTIME v JOHN DOES - ZIP 1.zip; Enom Letter dtd 04-29-15.pdf |
| | |
| **Importance:** | High |

Enom Inc.
legal@enom.com
copyright@enom.com

Dear Sir or Madam:

This Firm represents the plaintiffs in *Showtime Networks Inc., Home Box Office, Inc., Mayweather Promotions, LLC and Top Rank, Inc. v. John Doe 1 d/b/a boxinghd.net, John Doe 2 d/b/a sportship.org and d/b/a "Carlo Magno", and John Does 3-10 inclusive* in the United States District Court for the Central District of California, Case No. 2:15-cv-03147-GW-MRW (the "Action").

Plaintiffs in the Action have filed an ***ex parte* application for a temporary restraining order** against the defendants in the case.  You are receiving this notice because the requested restraining order would impose certain obligations on Enom Inc., though Enom Inc. is **not a defendant in the Action**.  Copies of the complaint and Plaintiffs' moving papers, including the proposed temporary restraining order, are attached hereto for your reference.

The Action has been assigned to the Honorable George H. Wu.  Judge Wu's courtroom is located at 312 North Spring Street, Los Angeles, CA 90012-4701, Courtroom No. 10.  His courtroom deputy is Javier Gonzalez, whose phone number is 213-894-0191.

Judge Wu intends to hold a **telephonic hearing with respect to the application on Thursday, April 30, 2015 at 12:00 p.m. Pacific Time**.  If you object or wish to be heard, please advise me by email to cvaras@ktslaw.com or call me at 206-516-3088 before that time.  You may also contact Mr. Gonzalez at the phone number above to advise the Court that you would like to be heard before the Court rules on Plaintiffs' application.

Additional information regarding Judge Wu's procedures can be found at the following web page:  http://court.cacd.uscourts.gov/CACD/JudgeReq.nsf/2fb080863c88ab47882567c9007fa070/38a07d8f388ac73d882579f5006b0829?OpenDocument.

1

Sincerely,

*/s/ Christopher T. Varas*

Christopher T. Varas
Kilpatrick Townsend & Stockton LLP


**Christopher Varas**
**Kilpatrick Townsend & Stockton LLP**
Suite 4400 | 1420 Fifth Avenue | Seattle, WA  98101
office 206 516 3088  | fax 206 623 6793
cvaras@kilpatricktownsend.com | My Profile | vCard

2

## Varas, Christopher

| | |
|---|---|
| **From:** | Varas, Christopher |
| **Sent:** | Wednesday, April 29, 2015 4:01 PM |
| **To:** | 'legal@enom.com'; 'copyright@enom.com' |
| **Subject:** | Notice of Ex Parte Application - SHOWTIME NETWORKS INC., et al. vs. JOHN DOE 1 d/b/a boxinghd.net, et al. / EMAIL 2 OF 2 |
| **Attachments:** | SHOWTIME v JOHN DOES - ZIP 2.zip |
| | |
| **Importance:** | High |

Email 2 of 2

Enom Inc.
legal@enom.com
copyright@enom.com

Dear Sir or Madam:

This Firm represents the plaintiffs in *Showtime Networks Inc., Home Box Office, Inc., Mayweather Promotions, LLC and Top Rank, Inc. v. John Doe 1 d/b/a* boxinghd.net*, John Doe 2 d/b/a* sportship.org *and d/b/a "Carlo Magno", and John Does 3-10 inclusive* in the United States District Court for the Central District of California, Case No. 2:15-cv-03147-GW-MRW (the "Action").

Plaintiffs in the Action have filed an ***ex parte* application for a temporary restraining order** against the defendants in the case. You are receiving this notice because the requested restraining order would impose certain obligations on Enom Inc., though Enom Inc. is **not a defendant in the Action**. Copies of the complaint and Plaintiffs' moving papers, including the proposed temporary restraining order, are attached hereto for your reference.

The Action has been assigned to the Honorable George H. Wu. Judge Wu's courtroom is located at 312 North Spring Street, Los Angeles, CA 90012-4701, Courtroom No. 10. His courtroom deputy is Javier Gonzalez, whose phone number is 213-894-0191.

Judge Wu intends to hold a **telephonic hearing with respect to the application on Thursday, April 30, 2015 at 12:00 p.m. Pacific Time**. If you object or wish to be heard, please advise me by email to cvaras@ktslaw.com or call me at 206-516-3088 before that time. You may also contact Mr. Gonzalez at the phone number above to advise the Court that you would like to be heard before the Court rules on Plaintiffs' application.

Additional information regarding Judge Wu's procedures can be found at the following web page: http://court.cacd.uscourts.gov/CACD/JudgeReq.nsf/2fb080863c88ab47882567c9007fa070/38a07d8f388ac73d882579f5006b0829?OpenDocument.

Sincerely,

*/s/ Christopher T. Varas*

Christopher T. Varas

Kilpatrick Townsend & Stockton LLP

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.

EXHIBITS Page 20

**Varas, Christopher**

| | |
|---|---|
| **From:** | Microsoft Outlook <MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@ktslaw.onmicrosoft.com> |
| **To:** | copyright@enom.com; legal@enom.com |
| **Sent:** | Wednesday, April 29, 2015 4:01 PM |
| **Subject:** | Relayed: Notice of Ex Parte Application - SHOWTIME NETWORKS INC., et al. vs. JOHN DOE 1 d/b/a boxinghd.net, et al. / EMAIL 1 OF 2 |


**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

copyright@enom.com

legal@enom.com

Subject: Notice of Ex Parte Application - SHOWTIME NETWORKS INC., et al. vs. JOHN DOE 1 d/b/a boxinghd.net, et al. / EMAIL 1 OF 2

1

**Varas, Christopher**

| | |
|---|---|
| **From:** | Microsoft Outlook <MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@ktslaw.onmicrosoft.com> |
| **To:** | copyright@enom.com; legal@enom.com |
| **Sent:** | Wednesday, April 29, 2015 4:02 PM |
| **Subject:** | Relayed: Notice of Ex Parte Application - SHOWTIME NETWORKS INC., et al. vs. JOHN DOE 1 d/b/a boxinghd.net, et al. / EMAIL 2 OF 2 |


**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

copyright@enom.com

legal@enom.com

Subject: Notice of Ex Parte Application - SHOWTIME NETWORKS INC., et al. vs. JOHN DOE 1 d/b/a boxinghd.net, et al. / EMAIL 2 OF 2

1

# EXHIBIT O

## Varas, Christopher

| | |
|---|---|
| **From:** | Legal <legal@enom.com> |
| **Sent:** | Thursday, April 30, 2015 8:21 AM |
| **To:** | Varas, Christopher; copyright@enom.com |
| **Cc:** | Cloutier, Patricia; Wilson, Dennis; Caplan, David |
| **Subject:** | RE: Notice of Ex Parte Application - SHOWTIME NETWORKS INC., et al. vs. JOHN DOE 1 d/b/a boxinghd.net, et al. / EMAIL 1 OF 2 |

Hello,

Yes, we received both emails but only the letter as an attachment.  We have successfully received the new attachments, thank you.

Per our policy, the domain name, boxinghd.net, has been placed on an administrative freeze to prevent transfer while litigation is pending.  Please note that the freeze does not prevent domain names from expiring during the course of the case.  Please keep us advised as to the status of your case.

**Legal Department**
eNom / Bulk Register

www.enom.com
**email  legal@eNom.com**
**legal fax**  1-425-298-2795

**From:** Varas, Christopher [mailto:CVaras@kilpatricktownsend.com]
**Sent:** Thursday, April 30, 2015 8:07 AM
**To:** Legal; copyright@enom.com
**Cc:** Cloutier, Patricia; Wilson, Dennis; Caplan, David
**Subject:** RE: Notice of Ex Parte Application - SHOWTIME NETWORKS INC., et al. vs. JOHN DOE 1 d/b/a boxinghd.net, et al. / EMAIL 1 OF 2

Thank you for your response.  The documents were attached to the two emails we sent and we received delivery confirmations.  As requested I am sending additional copies of the documents.  Attached here please find the complaint, ex parte application, memorandum and proposed order.  Additional documents will follow separately.

Sincerely,
Chris Varas

**Christopher Varas**
**Kilpatrick Townsend & Stockton LLP**
Suite 4400 | 1420 Fifth Avenue | Seattle, WA  98101
office 206 516 3088  | fax 206 623 6793
cvaras@kilpatricktownsend.com | My Profile | vCard

**From:** Legal [mailto:legal@enom.com]
**Sent:** Thursday, April 30, 2015 7:42 AM
**To:** Varas, Christopher; copyright@enom.com

Cc: Cloutier, Patricia; Wilson, Dennis; Caplan, David
Subject: RE: Notice of Ex Parte Application - SHOWTIME NETWORKS INC., et al. vs. JOHN DOE 1 d/b/a boxinghd.net, et al. / EMAIL 1 OF 2

Hello,

Thank you for the notification.  We did not receive copies of the complaint and Plaintiffs' moving papers, including the proposed temporary restraining order.  Can you please provide this documentation?

Thanks again,

**Legal Department**
eNom / Bulk Register

www.enom.com
email  **legal@eNom.com**
**legal fax**  1-425-298-2795

---

**From:** Varas, Christopher [mailto:CVaras@kilpatricktownsend.com]
**Sent:** Wednesday, April 29, 2015 3:57 PM
**To:** legal@enom.com; copyright@enom.com
**Cc:** Cloutier, Patricia; Wilson, Dennis; Caplan, David
**Subject:** Notice of Ex Parte Application - SHOWTIME NETWORKS INC., et al. vs. JOHN DOE 1 d/b/a boxinghd.net, et al. / EMAIL 1 OF 2
**Importance:** High

Enom Inc.
legal@enom.com
copyright@enom.com

Dear Sir or Madam:

This Firm represents the plaintiffs in *Showtime Networks Inc., Home Box Office, Inc., Mayweather Promotions, LLC and Top Rank, Inc. v. John Doe 1 d/b/a* boxinghd.net, *John Doe 2 d/b/a* sportship.org *and d/b/a "Carlo Magno", and John Does 3-10 inclusive* in the United States District Court for the Central District of California, Case No. 2:15-cv-03147-GW-MRW (the "Action").

Plaintiffs in the Action have filed an ***ex parte* application for a temporary restraining order** against the defendants in the case.  You are receiving this notice because the requested restraining order would impose certain obligations on Enom Inc., though Enom Inc. is **not a defendant in the Action**.  Copies of the complaint and Plaintiffs' moving papers, including the proposed temporary restraining order, are attached hereto for your reference.

The Action has been assigned to the Honorable George H. Wu.  Judge Wu's courtroom is located at 312 North Spring Street, Los Angeles, CA 90012-4701, Courtroom No. 10.  His courtroom deputy is Javier Gonzalez, whose phone number is 213-894-0191.

Judge Wu intends to hold a **telephonic hearing with respect to the application on Thursday, April 30, 2015 at 12:00 p.m. Pacific Time**.  If you object or wish to be heard, please advise me by email to cvaras@ktslaw.com or call me at 206-516-3088 before that time.  You may also contact Mr. Gonzalez at the phone number above to advise the Court that you would like to be heard before the Court rules on Plaintiffs' application.

2

Additional information regarding Judge Wu's procedures can be found at the following web page:  http://court.cacd.uscourts.gov/CACD/JudgeReq.nsf/2fb080863c88ab47882567c9007fa070/38a07d8f388a c73d882579f5006b0829?OpenDocument.

Sincerely,

*/s/ Christopher T. Varas*

Christopher T. Varas
Kilpatrick Townsend & Stockton LLP

**Christopher Varas**
**Kilpatrick Townsend & Stockton LLP**
Suite 4400 | 1420 Fifth Avenue | Seattle, WA  98101
office 206 516 3088  | fax 206 623 6793
cvaras@kilpatricktownsend.com | My Profile | vCard

Confidentiality Notice:
This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. Section 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This transmission, and any attachments, may contain confidential attorney-client privileged information and attorney work product. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. Please contact us immediately by return e-mail or at 404 815 6500, and destroy the original transmission and its attachments without reading or saving in any manner.

***DISCLAIMER*** Per Treasury Department Circular 230: Any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

# EXHIBIT P

**Varas, Christopher**

| | |
|---|---|
| **From:** | Varas, Christopher |
| **Sent:** | Wednesday, April 29, 2015 4:04 PM |
| **To:** | 'abuse@namecheap.com'; 'abuse@namecheaphosting.com'; 'legal@namecheap.com'; 'support@namecheap.com'; 'support@web-hosting.com' |
| **Subject:** | Notice of Ex Parte Application - SHOWTIME NETWORKS INC., et al. vs. JOHN DOE 1 d/b/a boxinghd.net, et al. / Email 1 of 2 |
| **Attachments:** | SHOWTIME v JOHN DOES - ZIP 1.zip |
| | |
| **Importance:** | High |

NameCheap.com, Inc.
abuse@namecheap.com
abuse@namecheaphosting.com
legal@namecheap.com;
support@namecheap.com;
support@web-hosting.com

Dear Sir or Madam:

This Firm represents the plaintiffs in *Showtime Networks Inc., Home Box Office, Inc., Mayweather Promotions, LLC and Top Rank, Inc. v. John Doe 1 d/b/a boxinghd.net, John Doe 2 d/b/a sportship.org and d/b/a "Carlo Magno", and John Does 3-10 inclusive* in the United States District Court for the Central District of California, Case No. 2:15-cv-03147-GW-MRW (the "Action").

Plaintiffs in the Action have filed an ***ex parte* application for a temporary restraining order** against the defendants in the case.  You are receiving this notice because the requested restraining order would impose certain obligations on NameCheap.com, Inc., though NameCheap.com, Inc. is **not a defendant in the Action**.  Copies of the complaint and Plaintiffs' moving papers, including the proposed temporary restraining order, are attached hereto for your reference.

The Action has been assigned to the Honorable George H. Wu.  Judge Wu's courtroom is located at 312 North Spring Street, Los Angeles, CA 90012-4701, Courtroom No. 10.  His courtroom deputy is Javier Gonzalez, whose phone number is 213-894-0191.

Judge Wu intends to hold a **telephonic hearing with respect to the application on Thursday, April 30, 2015 at 12:00 p.m. Pacific Time**.  If you object or wish to be heard, please advise me by email to cvaras@ktslaw.com or call me at 206-516-3088 before that time.  You may also contact Mr. Gonzalez at the phone number above to advise the Court that you would like to be heard before the Court rules on Plaintiffs' application.

Additional information regarding Judge Wu's procedures can be found at the following web page:  http://court.cacd.uscourts.gov/CACD/JudgeReq.nsf/2fb080863c88ab47882567c9007fa070/38a07d8f388ac73d882579f5006b0829?OpenDocument.

Sincerely,

*/s/ Christopher T. Varas*

Christopher T. Varas
Kilpatrick Townsend & Stockton LLP

**Christopher Varas**
**Kilpatrick Townsend & Stockton LLP**
Suite 4400 | 1420 Fifth Avenue | Seattle, WA  98101
office 206 516 3088  | fax 206 623 6793
cvaras@kilpatricktownsend.com | My Profile | vCard

2

## Varas, Christopher

| | |
|---|---|
| **From:** | Varas, Christopher |
| **Sent:** | Wednesday, April 29, 2015 4:06 PM |
| **To:** | 'abuse@namecheap.com'; 'abuse@namecheaphosting.com'; 'legal@namecheap.com'; 'support@namecheap.com'; 'support@web-hosting.com' |
| **Cc:** | Wilson, Dennis; Caplan, David; Cloutier, Patricia |
| **Subject:** | Notice of Ex Parte Application - SHOWTIME NETWORKS INC., et al. vs. JOHN DOE 1 d/b/a boxinghd.net, et al. / Email 2 of 2 |
| **Attachments:** | SHOWTIME v JOHN DOES - ZIP 2.zip |
| **Importance:** | High |

Email 2 of 2

NameCheap.com, Inc.
abuse@namecheap.com
abuse@namecheaphosting.com
legal@namecheap.com;
support@namecheap.com;
support@web-hosting.com

Dear Sir or Madam:

This Firm represents the plaintiffs in *Showtime Networks Inc., Home Box Office, Inc., Mayweather Promotions, LLC and Top Rank, Inc. v. John Doe 1 d/b/a* boxinghd.net, *John Doe 2 d/b/a* sportship.org *and d/b/a "Carlo Magno", and John Does 3-10 inclusive* in the United States District Court for the Central District of California, Case No. 2:15-cv-03147-GW-MRW (the "Action").

Plaintiffs in the Action have filed an ***ex parte* application for a temporary restraining order** against the defendants in the case.  You are receiving this notice because the requested restraining order would impose certain obligations on NameCheap.com, Inc., though NameCheap.com, Inc. is **not a defendant in the Action**.  Copies of the complaint and Plaintiffs' moving papers, including the proposed temporary restraining order, are attached hereto for your reference.
The Action has been assigned to the Honorable George H. Wu.  Judge Wu's courtroom is located at 312 North Spring Street, Los Angeles, CA 90012-4701, Courtroom No. 10.  His courtroom deputy is Javier Gonzalez, whose phone number is 213-894-0191.

Judge Wu intends to hold a **telephonic hearing with respect to the application on Thursday, April 30, 2015 at 12:00 p.m. Pacific Time**.  If you object or wish to be heard, please advise me by email to cvaras@ktslaw.com or call me at 206-516-3088 before that time.  You may also contact Mr. Gonzalez at the phone number above to advise the Court that you would like to be heard before the Court rules on Plaintiffs' application.

Additional information regarding Judge Wu's procedures can be found at the following web page:  http://court.cacd.uscourts.gov/CACD/JudgeReq.nsf/2fb080863c88ab47882567c9007fa070/38a07d8f388a c73d882579f5006b0829?OpenDocument.

Sincerely,

*/s/ Christopher T. Varas*

Christopher T. Varas
Kilpatrick Townsend & Stockton LLP

**Christopher Varas**
**Kilpatrick Townsend & Stockton LLP**
Suite 4400 | 1420 Fifth Avenue | Seattle, WA  98101
office 206 516 3088  | fax 206 623 6793
cvaras@kilpatricktownsend.com | My Profile | vCard

2

**Varas, Christopher**

---

| | |
|---|---|
| **From:** | Microsoft Outlook<br><MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@ktslaw.onmicrosoft.com> |
| **To:** | abuse@namecheap.com; support@namecheap.com |
| **Sent:** | Wednesday, April 29, 2015 4:04 PM |
| **Subject:** | Relayed: Notice of Ex Parte Application - SHOWTIME NETWORKS INC., et al. vs. JOHN DOE 1 d/b/a boxinghd.net, et al. / Email 1 of 2 |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

abuse@namecheap.com

support@namecheap.com

Subject: Notice of Ex Parte Application - SHOWTIME NETWORKS INC., et al. vs. JOHN DOE 1 d/b/a boxinghd.net, et al. / Email 1 of 2

1

**Varas, Christopher**

| | |
|---|---|
| **From:** | Microsoft Outlook <MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@ktslaw.onmicrosoft.com> |
| **To:** | support@web-hosting.com |
| **Sent:** | Wednesday, April 29, 2015 4:04 PM |
| **Subject:** | Relayed: Notice of Ex Parte Application - SHOWTIME NETWORKS INC., et al. vs. JOHN DOE 1 d/b/a boxinghd.net, et al. / Email 1 of 2 |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

support@web-hosting.com

Subject: Notice of Ex Parte Application - SHOWTIME NETWORKS INC., et al. vs. JOHN DOE 1 d/b/a boxinghd.net, et al. / Email 1 of 2

1

**Varas, Christopher**

| | |
|---|---|
| **From:** | Microsoft Outlook <MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@ktslaw.onmicrosoft.com> |
| **To:** | abuse@namecheap.com; support@namecheap.com |
| **Sent:** | Wednesday, April 29, 2015 4:08 PM |
| **Subject:** | Relayed: Notice of Ex Parte Application - SHOWTIME NETWORKS INC., et al. vs. JOHN DOE 1 d/b/a boxinghd.net, et al. / Email 2 of 2 |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

abuse@namecheap.com

support@namecheap.com

Subject: Notice of Ex Parte Application - SHOWTIME NETWORKS INC., et al. vs. JOHN DOE 1 d/b/a boxinghd.net, et al. / Email 2 of 2

1

**Varas, Christopher**

| | |
|---|---|
| **From:** | Microsoft Outlook <MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@ktslaw.onmicrosoft.com> |
| **To:** | support@web-hosting.com |
| **Sent:** | Wednesday, April 29, 2015 4:10 PM |
| **Subject:** | Relayed: Notice of Ex Parte Application - SHOWTIME NETWORKS INC., et al. vs. JOHN DOE 1 d/b/a boxinghd.net, et al. / Email 2 of 2 |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

support@web-hosting.com

Subject: Notice of Ex Parte Application - SHOWTIME NETWORKS INC., et al. vs. JOHN DOE 1 d/b/a boxinghd.net, et al. / Email 2 of 2

1

## Varas, Christopher

| | |
|---|---|
| **From:** | Microsoft Outlook <MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@ktslaw.onmicrosoft.com> |
| **To:** | legal@namecheap.com |
| **Sent:** | Wednesday, April 29, 2015 4:20 PM |
| **Subject:** | Relayed: Notice of Ex Parte Application - SHOWTIME NETWORKS INC., et al. vs. JOHN DOE 1 d/b/a boxinghd.net, et al. / Email 1 of 2 |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

legal@namecheap.com

Subject: Notice of Ex Parte Application - SHOWTIME NETWORKS INC., et al. vs. JOHN DOE 1 d/b/a boxinghd.net, et al. / Email 1 of 2

1

## Varas, Christopher

| | |
|---|---|
| **From:** | Microsoft Outlook <MicrosoftExchange329e71ec88ae4615bbc36ab6ce41109e@ktslaw.onmicrosoft.com> |
| **To:** | legal@namecheap.com |
| **Sent:** | Wednesday, April 29, 2015 4:24 PM |
| **Subject:** | Relayed: Notice of Ex Parte Application - SHOWTIME NETWORKS INC., et al. vs. JOHN DOE 1 d/b/a boxinghd.net, et al. / Email 2 of 2 |

## Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:

legal@namecheap.com

Subject: Notice of Ex Parte Application - SHOWTIME NETWORKS INC., et al. vs. JOHN DOE 1 d/b/a boxinghd.net, et al. / Email 2 of 2

1

**Varas, Christopher**

| | |
|---|---|
| **From:** | Namecheap.com <support@namecheap.com> |
| **Sent:** | Wednesday, April 29, 2015 4:04 PM |
| **To:** | Varas, Christopher |
| **Subject:** | Welcome to Namecheap.com helpdesk |

This email is confirmation that you are now registered at our helpdesk.

Registered email: cvaras@kilpatricktownsend.com
Password: iiid6yvank

You can visit the helpdesk to browse articles and contact us at any time: https://support.namecheap.com/

Thank you for registering!

Namecheap.com

---

Helpdesk: https://support.namecheap.com/index.php?/default_import

1

**Varas, Christopher**

| | |
|---|---|
| **From:** | Mail Delivery System <MAILER-DAEMON@imap11.ox.privateemail.com> |
| **To:** | abuse@namecheaphosting.com |
| **Sent:** | Wednesday, April 29, 2015 4:08 PM |
| **Subject:** | Expanded: Notice of Ex Parte Application - SHOWTIME NETWORKS INC., et al. vs. JOHN DOE 1 d/b/a boxinghd.net, et al. / Email 2 of 2 |

## Your message has been delivered to the following groups:

abuse@namecheaphosting.com

Subject: Notice of Ex Parte Application - SHOWTIME NETWORKS INC., et al. vs. JOHN DOE 1 d/b/a boxinghd.net, et al. / Email 2 of 2

**Varas, Christopher**

---

| | |
|---|---|
| **From:** | Mail Delivery System <MAILER-DAEMON@mail.privateemail.com> |
| **To:** | abuse@namecheaphosting.com |
| **Sent:** | Wednesday, April 29, 2015 4:04 PM |
| **Subject:** | Expanded: Notice of Ex Parte Application - SHOWTIME NETWORKS INC., et al. vs. JOHN DOE 1 d/b/a boxinghd.net, et al. / Email 1 of 2 |

## Your message has been delivered to the following groups:

abuse@namecheaphosting.com

Subject: Notice of Ex Parte Application - SHOWTIME NETWORKS INC., et al. vs. JOHN DOE 1 d/b/a boxinghd.net, et al. / Email 1 of 2