UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-3147-GW(MRWx) | Date | April 30, 2015 |
|---|---|---|---|
| Title | *Showtime Networks, Inc. et al v. John Doe 1, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Christopher T. Varas - by telephone | None Present |

**PROCEEDINGS:**   **EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE [9]**

Hearing is held off the record. Court and confers with Plaintiff's counsel. Court orders Plaintiff to lodge an amended proposed order by 5:00 p.m on April 30, 2015. Order to issue.

|  | : | 17 |
|---|---|---|
| | Initials of Preparer | KSS |