1  KILPATRICK TOWNSEND & STOCKTON LLP
   LARRY W. McFARLAND (State Bar No. 129668)
2  lmcfarland@ kilpatricktownsend.com
   DENNIS L. WILSON (State Bar No. 155407)
3  DWilson@kilpatricktownsend.com
   DAVID K. CAPLAN (State Bar No. 181174)
4  dcaplan@kilpatricktownsend.com
   CHRISTOPHER T. VARAS (State Bar No. 257080)
5  CVaras@kilpatricktownsend.com
   9720 Wilshire Blvd PH
6  Beverly Hills, CA  90212-2018
   Telephone:   310-248-3830
7  Facsimile:    310-860-0363

8  Attorneys for Plaintiffs
   SHOWTIME NETWORKS INC.,
9  HOME BOX OFFICE, INC.,
   MAYWEATHER PROMOTIONS, LLC, and
10 TOP RANK, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| SHOWTIME NETWORKS INC., HOME BOX OFFICE, INC., MAYWEATHER PROMOTIONS, LLC, and TOP RANK, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN DOE 1 d/b/a boxinghd.net, JOHN DOE 2 d/b/a sportship.org and d/b/a "Carlo Magno", and JOHN DOES 3-10 inclusive,<br><br>Defendants. | Case No. 2:15-CV-03147-GW-MRW<br><br>**DECLARATION OF CHRISTOPHER T. VARAS REGARDING SERVICE OF TEMPORARY RESTRAINING ORDER** |

I, Christopher T. Varas, under penalty of perjury and pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I am an attorney with the law firm of Kilpatrick Townsend & Stockton LLP, counsel for Plaintiffs in this matter. I am over the age of eighteen and am competent to testify. Unless otherwise stated I have personal knowledge of the matters stated herein and would testify competently thereto if called upon to do so.

2. On April 29, 2015, I gave notice of the Temporary Restraining Order entered by the Court in this case to Defendants by email to the addresses A1F561CB2D5C4ED39BDC437BC057FD6A.PROTECT@WHOISGUARD.COM, analouintegral@gmail.com and dmca@gotlinks.co. True and correct copies of the transmittal emails are attached as **Exhibit Q.**

3. On April 29, 2015 I gave notice of the Temporary Restraining Order entered by the Court in this case to Hostwinds, LLC, Enom, Inc. and Namecheap.com, Inc. by email to the addresses each of those entities used to communicate directly with me regarding Plaintiffs' *ex parte* application. True and correct copies of the transmittal emails are attached as **Exhibit R**.

//

//

//

//

//

//

//

1  4. On May 1, 2015 at 10:25 a.m., my office also delivered hard copies of the Temporary Restraining Order to the United States Postal Service for express delivery to Defendants at the physical addresses where Plaintiffs sent their Advance Notice of Potential Infringement to Defendants. True and correct copies of the letters transmittal letters and envelopes are attached as **Exhibit S**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 1, 2015 at Seattle, Washington.

                                /s/ Christopher T. Varas
                                Christopher T. Varas

**DECLARATION OF CHRISTOPHER VARAS**
**CASE NO. 2:15-CV-03147-GW-MRW**     - 3 -